UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**Frandsen Electric, Inc.,**

Defendant.

Civil No. 01-951 ADM/SRN

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated October 12, 2001, which ordered Defendant to produce monthly fringe fund reports and contributions through August, 2000. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on February 5, 2002 at 9 am. at the United States Courthouse, Courtroom 13W, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a Contempt of Court Order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce fringe fund reports and contributions for the period January, 2001 through August, 2001 and that Defendant should show cause

FILED 1-15-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

why he should not be committed to confinement until compliance with the Court's Order of October 12, 2001.

BY THE COURT:

Date: January 15, 2002

Ann D. Montgomery
United States District Court Judge